

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.

Nannette D. ORLOFF, Petitioner,

v.

**DEPARTMENT OF JUSTICE,
Respondent.**

No. 05–3231.

United States Court of Appeals,
Federal Circuit.

Aug. 2, 2005.

**Dennis DOMBROWSKI, Petitioner,**

v.

**DEPARTMENT OF VETERANS
AFFAIRS, Respondent.**

No. 05–3242.

United States Court of Appeals,
Federal Circuit.

Aug. 1, 2005.

*ORDER*

In Dennis Dombrowski's response to the court's letter of June 28, 2005, he requests that we dismiss his appeal.

Accordingly,

IT IS ORDERED THAT:

ORDER

Petitioner having filed the required Statement Concerning Discrimination it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 49 days from the date of filing of this order.